**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-21844 / 7892807105

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Barry R. Guernsey, Jr. and Cielo C Guernsey<br><br><br>Debtors. | No. 2:09-BK-03505-RTB<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

US Bank NA, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 5th day of October, 2009.

                                                Respectfully submitted,

                                                TIFFANY & BOSCO, P.A.

                                                BY  /s/ MSB # 010167
                                                        Mark S. Bosco
                                                        Leonard J. McDonald
                                                         Attorneys for Movant

Copy of the foregoing was
mailed this 5th day of October, 2009

Barry R. Guernsey, Jr. and Cielo C Guernsey
560 E. Encinas Ave.
Gilbert, AZ 85234
Debtors

Carlene M. Simmons
101 N. First Ave.
Suite 2430
Phoenix, AZ 85003
Attorney for Debtors

Constantino Flores
PO Box 511
Phoenix, AZ 85001-0511
Trustee

U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By: Ismael G. Solano

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-21844/7892807105

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Barry R. Guernsey, Jr. and Cielo C Guernsey<br>       Debtors.<br><br>US Bank NA<br>       Movant,<br>   vs.<br><br>Barry R. Guernsey, Jr. and Cielo C Guernsey, Debtors, Constantino Flores, Trustee.<br><br>       Respondents. | No. 2:09-BK-03505-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated September 25, 2008 and recorded in the office of the Maricopa County Recorder wherein US Bank NA is the current beneficiary and Barry R. Guernsey, Jr. and Cielo C Guernsey have an interest in, further described as:

> LOT 42, CIRCLE G MEADOWS AMENDED, ACCORDING TO BOOK 258 OF MAPS, PAGE 37, RECORDS OF MARICOPA COUNTY, ARIZONA

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT